UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOTT A. DAVIS,            Case No. 13-cv-12032

      Plaintiff,                 Hon. Marianne O. Battani

v.                              Magistrate Michael J. Hluchaniuk

WILLIAM BEAUMONT HOSPITAL,
et al.

      Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of the parties:

IT IS ORDERED that this case is dismissed in its entirety with prejudice.

The Court retains jurisdiction to enforce the parties' settlement agreement.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

                                               s/Marianne O. Battani
                                               Hon. Marianne O. Battani
                                                  U.S. District Judge

Dated: April 2nd, 2014

So stipulated:

| | |
|---|---|
| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C |
| By: s/*Jennifer L. Lord* (with consent) | By: s/*Ryan D. Bohannon* |
| Raymond J. Sterling (P34456) | Thomas G. Kienbaum (P15945) |
| Jennifer L. Lord (P46912) | Ryan D. Bohannon (P73394) |
| Christine A. Hopkins (P 76264) | Attorneys for Defendant William |
| Attorneys for Plaintiff | Beaumont Hospital |
| 33 Bloomfield Hills Pkwy., Ste. 250 | 280 N. Old Woodward Ave., Ste 400 |
| Bloomfield Hills, MI 48304 | Birmingham, MI 48009 |
| (248)644-1500 | (248)645-0000 |
| rsterling@sterlingattorneys.com | tkienbaum@kohp.com |
| jlord@sterlingattorneys.com | rbohannon@kohp.com |
| chopkins@sterlingattorneys.com | |
| Dated: March 31, 2014 | Dated: March 31, 2014 |

BARNES & THORNBURG, LLP

By: s/*Jennifer J. Stocker* (w/ consent)
Jennifer J. Stocker (P60625)
Attorneys for Defendant Jones Lang
LaSalle at Beaumont Hospitals, LLC
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, MI  49503
(616) 742-3932
jstocker@btlaw.com

Dated:  March 31, 2014